IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LISA D. JONES,
    Plaintiff,

v.                                                5:08cv305/SPM/MD

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____

## ORDER

    Plaintiff has filed a complaint for judicial review of an adverse administrative decision of the defendant and has filed a motion to proceed *in forma pauperis* (doc. 5). It affirmatively appears that leave to proceed *in forma pauperis* should be granted. However, before service can be directed, plaintiff must submit service copies of her complaint.

    Accordingly, it is ORDERED:

    1.    Leave to proceed *in forma pauperis* (doc. 5) is granted and this case may be filed and the pleadings may be served without the prepayment of costs to the plaintiff as provided in 28 U.S.C. § 1915.

    2.    Plaintiff shall submit three services copies of her complaint within 15 days.

    3.    Upon receipt of the copies of the complaint, the clerk of court is directed to send three certified copies of this order, the service copies of the complaint, and the prepared USM 285 forms to the United States Marshal.

    4.    The United States Marshal shall serve a copy of the complaint and summons upon Michael J. Astrue, Commissioner of Social Security, the Attorney

General of the United States, and the office of the United States Attorney for this District by <u>certified mail</u>.

      5.    After a response to the complaint has been filed by the defendant, the plaintiff shall be required to mail to the attorney for the defendant a copy of every pleading or other paper, including letters, submitted for consideration by the court. The plaintiff shall include with the original paper to be filed with the clerk of court a certificate stating the date a correct copy of the paper was mailed to each defendant or to the attorney representing each defendant. Any paper submitted for filing after a response to the complaint has been filed by the defendants which does not contain a certificate of service shall be returned by the clerk and disregarded by the court.

      DONE AND ORDERED this 20th day of October, 2008.


/s/ *Miles Davis*
      MILES DAVIS
      UNITED STATES MAGISTRATE JUDGE