IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LISA D. JONES,

    Plaintiff,

v.                                      CASE NO.: 5:08cv305-SPM/MD

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated March 23, 2009 (doc. 20). Each party has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 20) is adopted and incorporated by reference in this order.

2.    The Commissioner's Motion to Dismiss (doc. 12) is granted. The

clerk shall enter judgment in favor of Defendant and close the case file.

DONE AND ORDERED this 20th day of May, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge